# THE LAW OFFICE OF D. JEN BROWN, PLLC
PO Box 2238
POUGHKEEPSIE, NEW YORK 12601

Phone (845) 454-0835
Fax    (845) 454-0836

www.DJenBrownEsq.com
JenBrown@DJenBrownEsq.com

March 2, 2023

**Via Email:** chambersnysdseibel@nysd.uscourts.gov
Hon. Cathy Seibel USDJ
Courtroom 621
300 Quarropas Street
White Plains, NY 10601

      Re:    **Notice of Discontinuance**
                Kellie A. Black v. KDC/One et.al
                7:22-cv-09621

Dear Judge Seibel,

      A complaint in the above captioned case was filed November 10, 2022. Opposing counsel has not yet entered an appearance.

      **Whereas** the parties to the above captioned matter have reached an agreement and reduced that agreement to writing; and **whereas** no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party to this action has an interest in the subject matter of the action; the plaintiff KELLIE A. BLACK, through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that this matter is voluntarily discontinued, without costs to any party as against the other party and with leave to reopen the action within sixty (60) days of the date of this filing if this matter is not finally resolved.

Dated: March 2, 2023

                                                          The Law Office of D. Jen Brown, PLLC
                                                          *Deirdra J. Brown*
                                                             Attorney for Plaintiff
                                                             PO Box 2238
                                                             Poughkeepsie, New York 12601

Acknowledgement: *Kellie A. Black*
Kellie A. Black