# THE LAW OFFICE OF D. JEN BROWN, PLLC
PO Box 2238
POUGHKEEPSIE, NEW YORK 12601

Phone (845) 454-0835  
Fax (845) 454-0836

www.DJenBrownEsq.com  
JenBrown@DJenBrownEsq.com

March 2, 2023

**Via Email:** chambersnysdseibel@nysd.uscourts.gov  
Hon. Cathy Seibel USDJ  
Courtroom 621  
300 Quarropas Street  
White Plains, NY 10601

> Re: **Notice of Discontinuance**
> <u>Kellie A. Black v. KDC/One et.al</u>
> 7:22-cv-09621

Dear Judge Seibel,

A complaint in the above captioned case was filed November 10, 2022. Opposing counsel has not yet entered an appearance.

**Whereas** the parties to the above captioned matter have reached an agreement and reduced that agreement to writing; and **whereas** no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party to this action has an interest in the subject matter of the action; the plaintiff KELLIE A. BLACK, through undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that this matter is voluntarily discontinued, without costs to any party as against the other party and with leave to reopen the action within sixty (60) days of the date of this filing if this matter is not finally resolved.

Dated: March 2, 2023

The Law Office of D. Jen Brown, PLLC  
*Deirdra J. Brown*  
Attorney for Plaintiff  
PO Box 2238  
Poughkeepsie, New York 12601

Acknowledgement:  
*Kellie A. Black*  
Kellie A. Black

SO ORDERED.

*Cathy Seibel*  
CATHY SEIBEL, U.S.D.J.

3/9/23  
The Clerk of the Court is respectfully directed to close the case.